McGREGOR W. SCOTT
United States Attorney
VIRNA L. SANTOS
Assistant U.S. Attorney
Federal Courthouse
2500 Tulare Street, Suite 4101
Fresno, California 93721
Telephone: (559) 497-4000

FILED
AUG 23 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LUCIANO SERRANO-ROCHA, ) <br> HOMERO SERRANO, ) <br> ADRIAN CONTRERAS, ) <br> MARIA ELENA SERRANO, and ) <br> CLAUDIA GONZALEZ LOPEZ, ) <br>   aka Erika Chavez, ) <br> ) <br> Defendants. ) <br> _____ ) | No. 1:07cr00212 AWI <br><br> ORDER TO UNSEAL INDICTMENT PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 6(e). |

The Indictment in this case having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is hereby ORDERED this 23rd day of August, 2007, that the Indictment be unsealed and made public record.

Dated: August 23, 2007

SANDRA M. SNYDER
U.S. Magistrate Judge

1