Mario DiSalvo, Esq. SBN 199113
Attorney at Law
1332 E. Olive Avenue
Fresno, California 93728
Phone (559) 442-1552
Facsimile (559) 442-156

Attorney for ADRIAN CONTRERAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 1:07-cr-00212-AWI |
| ) | |
| Plaintiff, ) | DEFENDANT ADRIAN CONTRERAS' MOTION FOR AN ORDER RECONVEYING PROPERTY POSTED AS BOND FOR PRETRIAL RELEASE, AND PROPOSED ORDER |
| vs. ) | |
| ADRIAN CONTRERAS, ) | |
| Defendant, ) | |
| ------------------------------------------------ ) | HONORABLE ANTHONY W. ISHI |

TO: HONORABLE JUDGE ANTHONY ISHI:

**COMES NOW** Adrian Contreras, by and through his attorney of record, Mario DiSalvo, and hereby respectfully requests this Honorable Court, order the reconveyance of the property previously posted in this case as a bond in order to secure defendant's pretrial release.

Final judgment having been entered in this case on March 29, 2010 and defendant having been sentenced to a term of imprisonment of 24 months, this matter is now concluded. Furthermore, Defendant has self-surrendered on May 27, 2010 per order of the Court.

/ / /

/ / /

/ / /

1 Therefore, Defendant respectfully request that this Court enter an order directing the reconveyance of the property previously posted in this case.

Date: June 23, 2010

                                             **/S/ Mario DiSalvo,**
                                             Attorney for Defendant
                                             ADRIAN CONTRERAS

Mario DiSalvo, Esq.
1332 E. Olive Avenue
Fresno, California 93728
Phone (559) 442-1552

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 1:07-cr-00212-AWI |
| ) | |
| Plaintiff, ) | O R D E R |
| vs. ) | RECONVEYING PROPERTY |
| ADRIAN CONTRERAS, ) | |
| Defendant, ) | |
| -----------------------------------------------------) | |

**IT IS HEREBY ORDERD:** That the Clerk of the California Eastern District Court, as Trustee under DEED OF TRUST dated August 31, 2007, made by CARLOS MEDINA & MARIA A. CONTRERAS MEDINA, Trustor, and recorded as Instrument 2007-0164866, on AUGUST 29, 2007, of Official Records in the Office of the County Recorder for the County of FRESNO, State of California: (legal description): LOT 16 OF THE SUBDIVISION LOT 21 OF HAYS ADDITION, IN THE CITY OF FRESNO, COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF RECORDED IN BOOK 33, PAGES 33 AND 34 OF PLATS, FRESNO COUNTY RECORDS.

Having received from holder of the obligations thereunder a written request to reconvey, reciting that all sums secured by the Deed of Trust have been fully paid, all obligations thereunder have been completely satisfied and said Deed of Trust and the note or notes secured thereby having been surrendered to said Trustee for cancellation, does herenby RECONVEY without warranty, to the person or persons legally entitled thereto, the estate now held by it thereunder.

IT IS SO ORDERED.

Dated: __June 28, 2010__   _____
CHIEF UNITED STATES DISTRICT JUDGE